IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-144 (LPS) |
| UNIVISION COMMUNICATIONS INC., | ) ) | |
| Defendant. | ) ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED BY AND AGREED by the undersigned counsel for DISH Technologies L.L.C. and Sling TV L.L.C. ("Plaintiffs") and Univision Communications Inc. ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to the approval of the Court, that all claims asserted by Plaintiffs in this action shall be dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Plaintiffs DISH Technologies
L.L.C. and Sling TV L.L.C.*

SHAW KELLER LLP

*/s/ John W. Shaw*
_____
John W. Shaw (#3362)
David M. Fry (#5486)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Univision
Communications Inc.*

April 1, 2019

SO ORDERED, this _____ day of _____, 2019.

_____

UNITED STATES DISTRICT JUDGE